ALBERT J. BARNES, Respondent, *v.* EUGENE B. HOWELL, as Receiver of the LONG ISLAND REAL ESTATE EXCHANGE AND INVESTMENT COMPANY, Appellant, and THE PEOPLE'S TRUST COMPANY, Respondent.

Reported below, 107 App. Div. 623.
(Argued April 16, 1906; decided April 24, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 6, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the Appellate Division unanimously determined that the findings of fact were supported by the evidence, and that no questions of law were presented by the record for review.

*T. Ellett Hodgskin* for motion.

*Robert H. Wilson* opposed.

Motion denied, with ten dollars costs.